### STATE v. JOHN HENRY LEE, ALIAS "DICK" LEE.

(Filed 24 February, 1943.)

**Criminal Law § 80—**

When defendant fails to serve his statement of case on appeal within the time allowed, the motion of the Attorney-General to docket and dismiss will be granted, but when the defendant has been convicted of a capital felony this will be done only after inspection of the record fails to disclose error.

DEFENDANT gave notice of appeal from *Frizzelle, J.,* at October Term, 1942, of CAMDEN. Appeal dismissed.

Motion by State to docket and dismiss defendant's appeal.

PER CURIAM. The defendant was convicted of the capital felony of rape. Sentence of death by asphyxiation was imposed. Defendant gave notice of appeal, but no case on appeal was served within the time allowed by the order of the court below, and no request for extension of this has been made. No steps have been taken to perfect the appeal.

The Attorney-General moves to docket and dismiss the appeal. This motion must be allowed, but according to the usual rule of the Court in capital cases we have examined the record to see if any error appears. In the record we find no error. Appeal dismissed.

Judgment affirmed.